**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BRIDGETTE ROUSE,

    Plaintiff,

v.                                                    Case No: 8:14-cv-2590-T-30EAJ

USAA CASUALTY INSURANCE
COMPANY,

    Defendant.

                                   ORDER

The Court has been advised via a Mediation Report (Dkt. #22) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of December, 2015.

                                                                   JAMES S. MOODY, JR.
                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record